FISHER, Respondent, v. WAKEFIELD PARK REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Anthony Fisher against the Wakefield Park Realty Company. No opinion. Judgment and order affirmed with costs. See, also, 137 App. Div. 890, 121 N. Y. Supp. 1130.

FLAHERTY, Appellant, v. ONWARD CONST. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 18, 1913.) Action by Agnes Flaherty against the Onward Construction Company. No opinion. Order unanimously affirmed on argument, with costs. See, also, 151 App. Div. 924, 135 N. Y. Supp. 1112.

FLINT, Respondent, v. PROVIDENT LIFE & TRUST CO. OF PHILADELPHIA, Appellant. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by Carrie Mayfred Flint against the Provident Life & Trust Company of Philadelphia. No opinion. Judgment (78 Misc. Rep. 673, 140 N. Y. Supp. 167) unanimously affirmed, with costs.

In re FLYNN. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of George Flynn, deceased. No opinion. Decree (75 Misc. Rep. 87, 134 N. Y. Supp. 874) affirmed, with costs. Order filed.

FOGARTY v. FOGARTY. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Patrick A. Fogarty against William P. Fogarty. No opinion. Motion denied, without costs. Order filed. See, also, 140 N. Y. Supp. 1119.

FOLEY v. NEW YORK SAVINGS BANK. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by James Foley against the New York Savings Bank. No opinion. Application granted. Order signed. See, also, 79 Misc. Rep. 220, 139 N. Y. Supp. 915.

In re FT. WASHINGTON RIDGE ROAD. (Supreme Court, Appellate Division, First Department. April 11, 1913.) In the matter of the Ft. Washington Ridge Road. No opinion. Motion granted, with $10 costs. Order filed.

FOSTER, Appellant, v. THOUSAND ISLAND PARK ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by Silas W. Foster against the Thousand Island Park Association. No opinion. Judgment affirmed, with costs.

FOSTER, Respondent, v. WALDO et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Frank E. Foster against George E. Waldo and another. No opinion. Judgment and order unanimously affirmed without costs.

FOWLSTON, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Stanley J. Fowlston against Azariah J. Hathaway.

PER CURIAM. Judgment and order unanimously affirmed with costs.

LYON, J., not sitting.

FOX et al., Appellants, v. HAWKINS, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Catherine Fox and others against Samuel N. Hawkins. No opinion. Judgment affirmed, with costs. See, also, 150 App. Div. 801, 135 N. Y. Supp. 245.

FOX et al., Appellants, v. PEACOCK et al., Respondents. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Hugh C. Fox and others against George A. Peacock and another. W. C. Rosenberg, of New York City, for appellants. R. Claughton, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 140 N. Y. Supp. 1119.

FRAME, Respondent, v. FORSTER, Appellant (two cases). (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Caroline W. Frame against Frederick P. Forster. G. H. Fletcher, of New York City, for appellant. A. P. Jetmore, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRANZE, Respondent, v. AMERICAN WOOLEN CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Giuseppe Franze by his guardian ad litem, Felix Pereira, against the American Woolen Company.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the only question that should have been submitted to the jury is whether the foreman directed plaintiff to take wool from the machine, and whether plaintiff was justified, in the absence of instructions as to the nature of the machine, in attempted compliance with the order to put his hand between the rollers, and whether, if the order was given, and plaintiff was so justified, defendant was negligent.

FREAR, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Frank B. Frear against Alfred H. Lewis. R. H. Elder, of New York City, for appellant. J. N. Hayes, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re FRINDEL. (Supreme Court, Appellate Division, Second Department. March 28,